THE PEOPLE *ex rel.* THE ATTORNEY GENERAL *v.*
BAINE *et al.*

The Legislature having failed to classify the Trustees of the Insane Asylum, extended the term of all the Trustees to five years, and the appointments to fill vacancies could not extend beyond the original term.

The Legislature failing to elect successors to the Board, the power of appointment vested in the Governor.

APPEAL from the District Court of the Fifth Judicial District, County of San Joaquin.

This was an information in the nature of a *quo warranto*, to try the title of the incumbents to the office of Trustees of the State Insane Asylum.

It is admitted that the incumbents were elected trustees by the Legislature in 1854, with the exception of some members appointed by the board to fill vacancies, as provided in the statute. That the Legislature in 1856, failed to elect their successors, although the term had expired for which they were appointed; whereupon the Governor, after the adjournment of the Legislature, appointed other persons to the office, who are claimed, by the information, to be entitled thereto. The Court below entered judgment for defendants, from which an appeal was taken on behalf of the people.

*William T. Wallace, Attorney General,* for Appellant.

*Baine & Bouldin* for Respondents.

Mr. Chief Justice MURRAY delivered the opinion of the Court. Mr. Justice HEYDENFELDT and Mr. Justice TERRY concurred.

The failure of the Legislature to classify the Trustees of the Insane Asylum, extended the term of all five to the period of two years. The appointments to fill vacancies could not extend beyond the term of the original incumbents, so that a vacancy occurred in the whole board at the expiration of two years, the term limited, which the Legislature having failed to provide for, the Governor of the State, by virtue of his general appointing power, corresponding to that of the Crown of Great Britain, in such cases, had the power to fill.

Judgment reversed.